IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

IN RE:  T.A. Brinkoetter & Sons, Inc.     )
                                          )     No. 09-80727
         Debtor,                          )     Chapter 11
                                          )     Judge Perkins

### CREDITORS' APPLICATION FOR ADMINISTRATIVE EXPENSES

**NOW COMES** Creditors, Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, Plumbers & Pipefitters National Pension Fund, and Plumbers & Steamfitters International Training Fund, through their attorneys, Cavanagh & O'Hara, and hereby files their Application to this Court for the payment of administrative expenses, pursuant to the provisions of 11 U.S.C. Section 503, and states as follows.

1. Debtor filed its petition herein under 11 U.S.C. Section 1101 *et seq.*, on March 10, 2009. Debtor has remained in possession and is operating as a Debtor-in-Possession under 11 U.S.C. Sections 1107 and 1108 since that time.

2. Prior to filing for relief under the Bankruptcy Code, Debtor entered into certain collective bargaining agreements with the Plumbers & Steamfitters Local 65 which required the Debtor to pay wages and fringe benefits for services rendered.

3. The Debtor employed members of the Plumbers & Steamfitters Local 65 to perform post-petition services, but the Debtor has failed to submit contribution reporting forms and pay dues and fringe benefits on behalf of said employees for post-petition services rendered for the period of April 1, 2009 through April 30, 2009. Said dues and contributions were due on May 15, 2009 pursuant to the relevant collective bargaining agreement.

4. Such dues and fringe benefits are administrative expenses within the meaning of 11 U.S.C. Section 503 and should be paid.

**WHEREFORE**, Creditors, Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, the Plumbers & Pipefitters National Pension Fund, and Plumbers & Steamfitters International Training Fund respectfully pray that this Court enter an Order requiring the Debtor to submit to the Creditors the contribution reporting forms for the period April 1, 2009 through April 30, 2009 and pay dues and fringe benefits contributions for employees' post-petition services for April 1, 2009 through April 30, 2009 in accordance with the provisions of 11 U.S.C. Section 503.

DATED this 26th day of May 2009.

        Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, and the Plumbers & Pipefitters National Pension Fund, Plumbers & Steamfitters International Training Fund, Creditors,

        **/s/ John A. Wolters**
        Attorney for Creditors
        CAVANAGH & O'HARA
        407 East Adams Street
        Post Office Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Fax: (217) 544-5236
        E-mail: johnwolters@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Sumner Bourne, and

      United States Trustee

and that I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      None.

        **/s/ John A. Wolters**
        Attorney for Creditor

CAVANAGH & O'HARA<br>
407 East Adams Street<br>
P. O. Box 5043<br>
Springfield, IL 62705<br>
Telephone: (217) 544-1771<br>
Fax: (217) 544-5236<br>
E-mail: johnwolters@cavanagh-ohara.com

F:\files\PLUMBERS\65\Brinkoetter\Petition for Admin Expense.wpd