**IT IS SO ORDERED.**

**SIGNED THIS: June 16, 2009**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| T.A. BRINKOETTER & SONS, INC., | ) | BANKRUPTCY |
| | ) | NO. 09-80727 |
| Debtor. | ) | |

<u>ORDER</u>

This cause coming to be heard on Creditors', Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, Plumbers & Pipefitters National Pension Fund, and the Plumbers & Steamfitters International Training Fund, Application for Administration Expenses, and the Court having reviewed said Application and other pleadings, and the Debtor having been duly served with said Application;

IT IS HEREBY ORDERED, that the Creditors, Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health &

Welfare Fund, Plumbers & Pipefitters National Pension Fund, and the Plumbers & Steamfitters International Training Fund, Application for Administrative Expenses is granted and Debtor, T.A. BRINKOETTER & SONS, INC., is ordered to pay fringe benefit contributions to these Creditors for the post-petition period of April 1, 2009 through April 30, 2009, with fringe benefit contributions due in the amount of $42,993.80.  Said payment shall be made within seven (7) days of this Order.  Debtor is ordered to submit contribution report forms and pay fringe benefit contributions due for the post petition period of May 1, 2009 through May 30, 2009 within seven (7) days of this Order.

###