IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE:  T.A. Brinkoetter & Sons, Inc. | ) | |
| | ) | No. 09-80727 |
| Debtor, | ) | Chapter 11 |
| | ) | Judge Perkins |

### CREDITORS' MOTION FOR RULE TO SHOW CAUSE

**NOW COMES** Creditors, Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, Plumbers & Pipefitters National Pension Fund, and Plumbers & Steamfitters International Training Fund, through their attorneys, Cavanagh & O'Hara, and hereby moves for a Rule to Show Cause and states as follows.

1. On June 15, 2009, a hearing was held on the Creditors' Petition for Administrative Expenses pursuant to 11 U.S.C. Section 503. The Petition specifically requested payment of fringe benefit contributions and various dues for Brinkoetter employees who are members of Plumbers & Steamfitters Local 65 for April and May 2009.

2. At the hearing Debtor expressed no objection to Creditors' Petition.

3. On June 16, 2009, this Court entered an Order directing the Debtor to pay all fringe benefit contributions due within seven days i.e by June 23, 2009.

4. On June 23, 2009, Creditors' attorney contacted the Debtor's attorney to determine if these payments would be forthcoming but Debtor's attorney was unable to provide any information as to when payment would occur.

5. Since the June 15, 2009 hearing, the Debtor submitted its payroll records to the Creditors which show $32,291.69 in contributions and dues owing to the Creditors for the month

of May 2009. (See Exhibit 1.) This is in addition to the $42,993.80 owed for April 2009 and ordered to be paid pursuant to the June 16, 2009 Order.

      6.      Therefore, Creditors respectfully request that this Court enter an Order requiring the Debtor to show cause why it should not be held in contempt for its failure to comply with this Court's June 16, 2009 Order.

      7.      Further, Creditors request an expedited hearing subject to notice to the Debtor in order to ensure expeditious relief to the Creditors and their members.

**WHEREFORE**, Creditors, Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, the Plumbers & Pipefitters National Pension Fund, and Plumbers & Steamfitters International Training Fund respectfully pray that this Court enter an Order requiring the Debtor to show cause why it should not be held in contempt for its failure to comply with this Court's June 16, 2009 Order.

DATED this 24th day of June 2009.

> Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, and the Plumbers & Pipefitters National Pension Fund, Plumbers & Steamfitters International Training Fund, Creditors,
>
> **/s/ John A. Wolters**
> Attorney for Creditors
> CAVANAGH & O'HARA
> 407 East Adams Street
> Post Office Box 5043
> Springfield, IL 62705
> Telephone: (217) 544-1771
> Fax: (217) 544-5236
> E-mail: johnwolters@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sumner Bourne, and

    United States Trustee

and that I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    None.

      **/s/ John A. Wolters**
      Attorney for Creditor
      CAVANAGH & O'HARA
      407 East Adams Street
      P. O. Box 5043
      Springfield, IL 62705
      Telephone: (217) 544-1771
      Fax: (217) 544-5236
      E-mail: johnwolters@cavanagh-ohara.com

F:\files\PLUMBERS\65\Brinkoetter\Rule to Show Cause.wpd