IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE:  T.A. Brinkoetter & Sons, Inc. | ) | |
| | ) | No. 09-80727 |
| Debtor, | ) | Chapter 11 |
| | ) | Judge Perkins |

## CREDITORS' STATUS REPORT

**NOW COMES** Creditors, Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, Plumbers & Pipefitters National Pension Fund, and Plumbers & Steamfitters International Training Fund, through their attorneys, Cavanagh & O'Hara, and hereby submits the following Status Report.

1. On August 4, 2009, a hearing was held on the above Creditors' Petition for Administrative Expenses pursuant to 11 U.S.C. Section 503 and their Motion for Rule to Show Cause.

2. At the hearing, the Court directed the Creditors to submit a proposed Order regarding the administrative expenses due for May and June 2009.

3. Subsequent to the hearing, Debtor made payments toward the delinquent contributions that covered all contributions due and owing for May 2009 and, except for a minor miscalculation on the part of the Debtor, covered the contributions due and owing for June 2009.

4. Therefore, Creditors would respectfully assert that a proposed Order related to the May and June 2009 payments is  moot and unnecessary.

5. Creditors would still respectfully request that the hearing scheduled for September 1, 2009 remain on the docket. If Debtors pay the contributions due and owing for July 2009 prior to the September 1, 2009 hearing, Creditors will notify the Court and request withdrawal of its pending Motion and cancellation of the September 1, 2009 hearing.

Respectfully submitted,

DATED this 4th day of August 2009.

> Plumbers and Steamfitters Local 65, Plumbers & Steamfitters Local 65 Pension Plan, East Central Illinois Pipe Trades Health & Welfare Fund, and the Plumbers & Pipefitters National Pension Fund, Plumbers & Steamfitters International Training Fund, Creditors,
>
> **/s/ John A. Wolters**
> Attorney for Creditors
> CAVANAGH & O'HARA
> 407 East Adams Street
> Post Office Box 5043
> Springfield, IL 62705
> Telephone: (217) 544-1771
> Fax: (217) 544-5236
> E-mail: johnwolters@cavanagh-ohara.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Sumner Bourne, and

      United States Trustee

and that I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      None.


        **/s/ John A. Wolters**
        Attorney for Creditor
        CAVANAGH & O'HARA
        407 East Adams Street
        P. O. Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Fax: (217) 544-5236
        E-mail: johnwolters@cavanagh-ohara.com

F:\files\PLUMBERS\65\Brinkoetter\Status Report.wpd