# Rafool & Bourne, P.C.

411 Hamilton, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-5535  Fax: (309) 673-5537

TO:   CLERK OF THE BANKRUPTCY COURT
FROM:  Sumner A. Bourne
DATE: September 11, 2009
RE: T.A. Brinkoetter & Sons, Inc.  Case No. 09-80727
_____

Dear Clerk:

I am the attorney for debtor in possession in the above case. I will shortly be filing a motion to sell in the case which I anticipate that the court will set for hearing. I will be unavailable for a hearing on the morning of October 13th. If the motion could be set for the following court call I would appreciate it. Thank you.


 /s/ Sumner A. Bourne
Sumner A. Bourne