**IT IS SO ORDERED.**

**SIGNED THIS: November 19, 2009**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| In re :T.A. BRINKOETTER & SONS, INC., | ) | Bk. No. 09-80727 |
| | ) | |
| Debtor. | ) | Chapter 11 |

**AGREED ORDER**

This cause coming to be heard on Creditors', Local Union No. 99 Plumbers and Pipefitters Fringe Benefit Funds', motion for payment of administrative expenses, and the court having reviewed said motion and other pleadings, and with the Debtor's agreement:

IT IS HEREBY ORDERED, that the Creditors, Local Union No. 99 Plumbers and Pipefitters Fringe Benefit Funds, motion for payment of administrative expenses is granted and Debtor, T.A. Brinkoetter & Sons, Inc., is ordered to produce completed monthly reports for the months of August through October 2009, and to pay all fringe benefit contributions, with 10% liquidated damages and 12% annual interest, due for post-petition labor provided by the Funds' participants between May 1, 2009 and October 31, 2009. Said payment shall be made within ten (10) days of this Order. Debtor is further ordered to timely report and pay all future contributions as they become due.

###