

U.S. Department of Justice

*Office of the United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

---

401 Main Street, Suite 1100         Phone: 309/671-7854

Peoria, Illinois 61602              Fax: 309/671-7857

## Monthly Report for Non Small Business Debtor and Chapter 11 Trustees

Debtor Name: T.A. Brinkoetter & Sons, Inc. For the month ended: 11/30/2009

Case Number: 531-09-80727  Date Bankruptcy filed: 3/10/2009

This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary is located on page 31 of 32. This report is to be completed and filed by the debtor's attorney with the Bankruptcy Court. If any part of these reports are not completed, please provide an explanation as to the reason for the uncompleted portion.

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information, and belief.

By _____ (Name) Dated: 12/20/09, 20 09

(Title) CEO                    Debtor's phone number 217-423-3493

Reports Prepared by: _____, Exec VP
                        (Name)                  (Title)

*Page 1 of 6*

OFFICE OF THE U.S. TRUSTEE - REGION 10
MONTHLY INCOME STATEMENT
*(Accrual Method of accounting is required)*
As of __11/30/09__

Debtor Name __TP Brinkoetter & Sons, IJC__

Case Number __531-09-80727__                    CURRENT MONTH    YEAR TO DATE

## INCOME

| | Current Month | Year to Date |
|---|---|---|
| Gross Receipts or Sales | 253,810.69 | 4,238,117.44 |
| less: returns or allowances | 0 | 216— |
| **Cost of Goods** | | |
| Beginning Inventory | 0— | |
| Purchases | 16,637.43 | |
| Other Costs (list) | 0— | |
| less: ending inventory | 0— | |
| Cost of Goods Sold | 16,637.43 | 813,973.26 |
| Gross Profit | 237,223.26 | 3,423,928.14 |
| Interest | 0— | 0— |
| Rents | 0— | 0— |
| Gain(Loss) from sale of property | 0— | 0— |
| Other Income (identify) | 0— | 0— |
| Total Income | 237,223.26 | 3,423,928.14 |

## GENERAL AND ADMINISTRATIVE EXPENSES

| | Current Month | Year to Date |
|---|---|---|
| Compensation of Officers | 17,170.82 | 168,922.63 |
| Salaries & Wages | 141,441.99 | 1,955,520.69 |
| Repairs & Maintenance | 163.26 | 5,357.95 |
| Supplies | 287.21 | 7,910.24 |
| Bad Debts | 0— | 0— |
| Rents | 0— | 4162— |
| Payroll Taxes | 0— | 208,616.52 |
| Other Taxes | 0— | 5,697.5 |
| Interest Expense | 0— | 166.63 |
| Depreciation | 0— | 0— |
| Insurance | 25,314.35 | 340,247.99 |
| Travel & Entertainment | 0— | 0— |
| Utilities & Telephone | 3,232.56 | 36,443.75 |
| Professional & Legal | 0— | 7,863.84 |
| Other Expenses (Attach Itemized Schedule) | 97,140.62 | 886,469.23 |
| Total Expenses | 284,757.81 | 3,693,004.26 |
| Net Profit (Loss) | (47,534.55) | (269,076.12) |

page 2 of 6

National City General Checking Account                                              987692446
                                                                    071921891

|        |            |                                   |                         |           |
|--------|------------|-----------------------------------|-------------------------|-----------|
|        | 11/3/2009  | PAI Settlement                    | monthly service charge  | 24.67     |
| 94760  | 11/5/2009  | parkland College                  | plans refundable        | 250.00    |
| 94769  | 11/9/2009  | IL Secretary of State             | Plumbing license        | 75.00     |
| 94777  | 11/10/2009 | The Lockformer Company            | silver vulcan plan      | 1,200.00  |
| 94783  | 11/13/2009 | 218 union dues                    | union dues              | 24,089.49 |
| 94381  | 11/16/2009 | U. S. Trustee Payment Center      | 3rd Qtr Fees            | 6,498.08  |
| 94784  | 11/16/2009 | SMW L #218 Fringe Distribution Fund | dues                  | 2,197.69  |
| 94792  | 11/17/2009 | Morgan Distributing               | fuel                    | 5,813.89  |
| 94798  | 11/17/2009 | Busey Bank                        | vehicle payments        | 500.00    |
| 94799  | 11/17/2009 | GMAC                              | vehicle payments        | 609.68    |
| 94800  | 11/17/2009 | Soy Capitol Bank                  | vehicle payments        | 621.90    |
| EFT AMEX 02 | 11/23/2009 | Adorno & Yoss LLP             | Amex payments           | 3,460.00  |
| 94811  | 11/24/2009 | Morgan Distributing               | fuel                    | 1,383.51  |
| 94818  | 11/24/2009 | GMAC                              | vehicle payments        | 457.67    |
| 94825  | 11/24/2009 | Local 65 Dmh Only                 | October dues            | 22,718.27 |
| 94826  | 11/24/2009 | AMF                               | 193 Sept dues           | 13.95     |
| 94827  | 11/24/2009 | IL Employees Benefit Board #17    | 193 Sept dues           | 0.93      |
| 94828  | 11/24/2009 | Local Union 193 IBEW              | 193 Sept dues           | 147.27    |
| 94829  | 11/24/2009 | NEBF                              | 193 Sept dues           | 100.77    |
| 94830  | 11/24/2009 | Neca-Ibew Pension Trust Fund      | 193 Sept dues           | 506.85    |
| 94831  | 11/24/2009 | Neca- Ibew Welfare Trust Fund     | 193 Sept dues           | 488.25    |
| 94832  | 11/24/2009 | Neca- Ibew                        | 193 Sept dues           | 13.44     |
| 94833  | 11/24/2009 | AMF                               | 193 Oct dues            | 10.35     |
| 94834  | 11/24/2009 | IL Employees Benefit Board #17    | 193 Oct dues            | 0.69      |
| 94835  | 11/24/2009 | Local Union 193 IBEW              | 193 Oct dues            | 109.27    |
| 94836  | 11/24/2009 | NEBF                              | 193 Oct dues            | 74.77     |
| 94837  | 11/24/2009 | Neca-Ibew Pension Trust Fund      | 193 Oct dues            | 376.05    |
| 94838  | 11/24/2009 | Neca- Ibew Welfare Trust Fund     | 193 Oct dues            | 362.25    |
| 94839  | 11/24/2009 | Neca- Ibew                        | 193 Oct dues            | 9.97      |
| 94840  | 11/24/2009 | Administrative Maintenance Fund   | 601 Feb dues            | 4.05      |
| 94841  | 11/24/2009 | Apprenticeship Fund Jatc          | 601 Feb dues            | 14.89     |
| 94842  | 11/24/2009 | IBEW Local #601                   | 601 Feb dues            | 29.79     |
| 94843  | 11/24/2009 | National LMCC                     | 601 Feb dues            | 0.27      |
| 94844  | 11/24/2009 | NEBF                              | 601 Feb dues            | 29.79     |
| 94845  | 11/24/2009 | Neca- Ibew Pension Trust Fund     | 601 Feb dues            | 130.95    |
| 94846  | 11/24/2009 | Neca- Ibew Welfare Trust Fund     | 601 Feb dues            | 139.05    |
| 94847  | 11/24/2009 | Neca- Ibew                        | 601 Feb dues            | 3.97      |
| 94848  | 11/24/2009 | Administrative Maintenance Fund   | 601 Sept dues           | 178.95    |
| 94849  | 11/24/2009 | Apprenticeship Fund Jatc          | 601 Sept dues           | 573.91    |
| 94850  | 11/24/2009 | IBEW Local #601                   | 601 Sept dues           | 1,147.83  |
| 94851  | 11/24/2009 | National LMCC                     | 601 Sept dues           | 11.93     |
| 94852  | 11/24/2009 | NEBF                              | 601 Sept dues           | 1,147.83  |
| 94853  | 11/24/2009 | Neca- Ibew Pension Trust Fund     | 601 Sept dues           | 6,024.65  |
| 94854  | 11/24/2009 | Neca- Ibew Welfare Trust Fund     | 601 Sept dues           | 6,143.95  |
| 94855  | 11/24/2009 | Neca- Ibew                        | 601 Sept dues           | 153.04    |
| 94856  | 11/24/2009 | Administrative Maintenance Fund   | 601 Oct dues            | 103.95    |
| 94857  | 11/24/2009 | Apprenticeship Fund Jatc          | 601 Oct dues            | 337.08    |
| 94858  | 11/24/2009 | IBEW Local #601                   | 601 Oct dues            | 674.15    |
| 94859  | 11/24/2009 | National LMCC                     | 601 Oct dues            | 6.93      |
| 94860  | 11/24/2009 | NEBF                              | 601 Oct dues            | 674.15    |
| 94861  | 11/24/2009 | Neca- Ibew Pension Trust Fund     | 601 Oct dues            | 3,669.15  |
| 94862  | 11/24/2009 | Neca- Ibew Welfare Trust Fund     | 601 Oct dues            | 3,625.45  |
| 94863  | 11/24/2009 | Neca- Ibew                        | 601 Oct dues            | 89.88     |
| EFT MDI 003 | 11/25/2009 | Morgan Distributing           | fuel                    | 110.37    |
|        |            |                                   |                         | 97,140.62 |

OFFICE OF THE U.S. TRUSTEE - REGION 10
MONTHLY CASH FLOW for the month ended __11/30/09__

Debtor Name __T.A. Brinkoetter & Sons, Inc.__

Case Number __531-09-80727__

Reconciled bank balance and cash on hand from last month
(if this is the first report, insert the cash balance as of the petition date) __239,209.66__

## CASH RECEIPTS

| | |
|---|---:|
| from cash sales/receipts | 0 |
| from collection of pre-petition accounts receivable | 23,950.70 |
| from collection of post-petition accounts receivable | 229,909.99 |
| from loans | 0 |
| from contributions to capital or from gifts | 0 |
| other receipts (itemize on a separate sheet) | 0 |
| TOTAL RECEIPTS (Do not include beginning bank balance) | 253,860.69 |

## CASH DISBURSEMENTS

| | |
|---|---:|
| inventory purchases | 16,637.43 |
| * net payments to officers/owners | 17,170.82 |
| * net payments to other employees | 141,448.99 |
| rent payments | 0 |
| lease payments | 0 |
| mortgage or note payments | 0 |
| adequate protection payments | 5,649.25 |
| insurance | 2,531.35 |
| utilities/telephone | 3,232.56 |
| ** tax payments | 0 |
| advertising & marketing | 0 |
| supplies | 287.21 |
| outside labor | 0 |
| travel/entertainment | 0 |
| *** payments to attorneys | 0 |
| *** payments to accountants | 0 |
| *** payments to other professionals | 0 |
| U.S. Trustee Quarterly Fee | 6,948.05 |
| other expenses (itemize on a separate sheet) | 85,152.55 |
| TOTAL DISBURSEMENTS | 301,395.24 |

NET CASH FLOW (Total Receipts minus Total Disbursements)   (47,534.55)

Bank Balance and cash on hand at the end of the month   191,675.11
(beginning balance + cash receipts - cash disbursements)

*     This figure is the actual cash paid. i.e. gross payroll less taxes withheld
**    This figure comes from page 2 of this form
***   Attach a copy of the court order authorizing such payments

Page 3 of 6

**National City General Checking Account**                                                   987692446
                                                              071921891

| Check # | Date | Pay To | | Debit |
|---|---|---|---|---|
| | 11/3/2009 | PAI Settlement | monthly service charge | 24.67 |
| 94760 | 11/5/2009 | parkland College | plans refundable | 250.00 |
| 94769 | 11/9/2009 | IL Secretary of State | Plumbing license | 75.00 |
| 94770 | 11/9/2009 | Redneck Trailer Supplies | materials for trailer brakes | 163.26 |
| 94777 | 11/10/2009 | The Lockformer Company | silver vulcan plan | 1,200.00 |
| 94783 | 11/13/2009 | 218 union dues | union dues | 24,089.49 |
| 94784 | 11/16/2009 | SMW L #218 Fringe Distribution Fund | dues | 2,197.69 |
| 94792 | 11/17/2009 | Morgan Distributing | fuel | 5,813.89 |
| 94811 | 11/24/2009 | Morgan Distributing | fuel | 1,383.51 |
| 94825 | 11/24/2009 | Local 65 Dmh Only | October dues | 22,718.27 |
| 94826 | 11/24/2009 | AMF | 193 Sept dues | 13.95 |
| 94827 | 11/24/2009 | IL Employees Benefit Board #17 | 193 Sept dues | 0.93 |
| 94828 | 11/24/2009 | Local Union 193 IBEW | 193 Sept dues | 147.27 |
| 94829 | 11/24/2009 | NEBF | 193 Sept dues | 100.77 |
| 94830 | 11/24/2009 | Neca-Ibew Pension Trust Fund | 193 Sept dues | 506.85 |
| 94831 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 193 Sept dues | 488.25 |
| 94832 | 11/24/2009 | Neca- Ibew | 193 Sept dues | 13.44 |
| 94833 | 11/24/2009 | AMF | 193 Oct dues | 10.35 |
| 94834 | 11/24/2009 | IL Employees Benefit Board #17 | 193 Oct dues | 0.69 |
| 94835 | 11/24/2009 | Local Union 193 IBEW | 193 Oct dues | 109.27 |
| 94836 | 11/24/2009 | NEBF | 193 Oct dues | 74.77 |
| 94837 | 11/24/2009 | Neca-Ibew Pension Trust Fund | 193 Oct dues | 376.05 |
| 94838 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 193 Oct dues | 362.25 |
| 94839 | 11/24/2009 | Neca- Ibew | 193 Oct dues | 9.97 |
| 94840 | 11/24/2009 | Administrative Maintenance Fund | 601 Feb dues | 4.05 |
| 94841 | 11/24/2009 | Apprenticeship Fund Jatc | 601 Feb dues | 14.89 |
| 94842 | 11/24/2009 | IBEW Local #601 | 601 Feb dues | 29.79 |
| 94843 | 11/24/2009 | National LMCC | 601 Feb dues | 0.27 |
| 94844 | 11/24/2009 | NEBF | 601 Feb dues | 29.79 |
| 94845 | 11/24/2009 | Neca- Ibew Pension Trust Fund | 601 Feb dues | 130.95 |
| 94846 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 601 Feb dues | 139.05 |
| 94847 | 11/24/2009 | Neca- Ibew | 601 Feb dues | 3.97 |
| 94848 | 11/24/2009 | Administrative Maintenance Fund | 601 Sept dues | 178.95 |
| 94849 | 11/24/2009 | Apprenticeship Fund Jatc | 601 Sept dues | 573.91 |
| 94850 | 11/24/2009 | IBEW Local #601 | 601 Sept dues | 1,147.83 |
| 94851 | 11/24/2009 | National LMCC | 601 Sept dues | 11.93 |
| 94852 | 11/24/2009 | NEBF | 601 Sept dues | 1,147.83 |
| 94853 | 11/24/2009 | Neca- Ibew Pension Trust Fund | 601 Sept dues | 6,024.65 |
| 94854 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 601 Sept dues | 6,143.95 |
| 94855 | 11/24/2009 | Neca- Ibew | 601 Sept dues | 153.04 |
| 94856 | 11/24/2009 | Administrative Maintenance Fund | 601 Oct dues | 103.95 |
| 94857 | 11/24/2009 | Apprenticeship Fund Jatc | 601 Oct dues | 337.08 |
| 94858 | 11/24/2009 | IBEW Local #601 | 601 Oct dues | 674.15 |
| 94859 | 11/24/2009 | National LMCC | 601 Oct dues | 6.93 |
| 94860 | 11/24/2009 | NEBF | 601 Oct dues | 674.15 |
| 94861 | 11/24/2009 | Neca- Ibew Pension Trust Fund | 601 Oct dues | 3,669.15 |
| 94862 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 601 Oct dues | 3,625.45 |
| 94863 | 11/24/2009 | Neca- Ibew | 601 Oct dues | 89.88 |
| EFT MDI 003 | 11/25/2009 | Morgan Distributing | fuel | 110.37 |
| | | | | 85,156.55 |

OFFICE OF THE U.S. TRUSTEE - REGION 10
STATUS OF TAXES for the month ended __11/30/09__

## STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| ** withholding | 213539— | 26718— | | 240257— |
| ** FICA-employee | 14441— | 13369— | | 15778— |
| ** FICA-employer | 14441— | 13,369— | | 15778— |
| unemployment | 2813— | 30— | | 2843— |
| ~~income~~/MEDICARE | 44318— | 2370— | | 46688— |
| other - list | | | | |
| a. subtotal | 549492— | 55856— | | 605348— |
| **STATE & LOCAL** | | | | |
| withholding | 64,147— | 6382— | | 70529— |
| sales | 2571— | | | 2571— |
| excise | | | | |
| unemployment | 46,476— | 608— | | 47,084— |
| other | | | | |
| real property | | | | |
| personal property | | | | |
| other - list | | | | |
| b. subtotal | 113194— | 6990— | | 120184— |

TOTAL TAXES PAID - from a. & b. above        0—
(this sum is to be listed on page 1, as tax payments)

Explain the reason for any past due
post-petition taxes: _____

---

\* the beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero.

\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payments or deposits.

Page 4 of 6

"Attachment 2"

## OFFICE OF THE U.S. TRUSTEE - REGION 10
### AGING SCHEDULES FOR RECEIVABLES & PAYABLES for the month ended 11/31/09

| Accounts Receivable | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days | |
|---|---|---|---|---|---|
| Pre-petition | — | — | — | 817,166.99 | |
| Post-petition | 409,938.61 | 441,349.48 | 103,384.71 | 483,868.28 | |
| Totals | 409,938.61 | 441,349.48 | 103,384.71 | 1,301,035.77 | 2,255,708.57 (grand total) |

| Accounts Payable | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days | |
|---|---|---|---|---|---|
| Post-petition only | 118,078.41 | 64,667.37 | 55,437.80 | 1,118.19 | 239,301.77 (grand total) |

| Notes or Leases Payable or adequate protection agreements (Post Petition only) | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days |
|---|---|---|---|---|

List Creditor/Lessor:

GMAC — — — —

Soy Capital Bank — — — —

Busey Bank — — — —

| Post Petition Bank | Bank Name | Beginning Balance | Ending Balance |
|---|---|---|---|
| operating | National City | 95,798.54 | 125,286.45 |
| payroll | National City | 10,372.20 | 10,893.31 |
| tax escrow | NA | 0 | 0 |
| other(s) | National City Bond UF | 0 | 0 |
| | National City Bond WIIC | 0 | 0 |
| | Chase Bond UF | 78,610.45 | 42,369.60 |
| | Chase Bond WIIC | 80,355.60 | 5,678.51 |

"Attachment 2"

QUESTIONNAIRE:

|  | | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | DID THE DEBTOR SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? If yes, please attach a list of items sold and a copy of the Court Order authorizing the sale. | ☐ | ☒ |
| 3. | HAS THE DEBTOR PAID ANY BILLS THAT WERE OWED PRIOR TO FILING BANKRUPTCY? If yes, please provide the details. | ☐ | ☒ |
| 4. | DID THE DEBTOR PAY YOUR ATTORNEY OR OTHER PROFESSIONALS HIS MONTH? If yes, please provide the details and a copy of the Court Order authorizing the payment. | ☐ | ☒ |
| 5. | DID THE DEBTOR PAY ITS EMPLOYEES ON TIME? If no, please provide details. | ☒ | ☐ |
| 6. | Has THE DEBTOR FILED ALL OF ITS RETURNS AND PAID ALL OF ITS TAXES THIS MONTH? If no, please provide details. | ☒ | ☐ |
| 7. | DID THE DEBTOR PAY ALL OF YOUR ITS INSURANCE PREMIUMS THIS MONTH? If no, please provide details. | ☒ | ☐ |
| 8. | DID ANY INSURANCE COMPANY CANCEL THE DEBTOR'S POLICY THIS MONTH? If yes, please identify the policies that were cancelled. | ☐ | ☒ |
| 9. | HAVE THE DEBTOR-BORROWED MONEY FROM ANYONE THIS MONTH? If yes, please provide details. | ☐ | ☒ |
| 10. | DOES THE DEBTOR HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? If yes, please provide details.  _James Phesens At Chase_ | ☒ | ☐ |
| 11. | DOES THE DEBTOR HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? If yes, provide details. | ☐ | ☒ |
| 12. | DID THE DEBTOR DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? If no, where was the money deposited. | ☒ | ☐ |
| 13. | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? If yes, please provide the details. | ☐ | ☒ |
| 14. | DOES THE DEBTOR PLAN ON CONTINUING TO OPERATE THE BUSINESS NEXT MONTH? If no, why not? | ☒ | ☐ |

16. PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH.

17. ATTACH A LIST A LIST OF PAYMENTS MADE DURING THE REPORTING PERIOD TO THE PRINCIPALS, EXECUTIVES, OR INSIDERS. (THIS INCLUDES DRAWS OR CASH WITHDRAWALS BY INDIVIDUALS OR PARTNERS, DIVIDENDS, LEASE PAYMENTS ON PROPERTY OWNED BY INSIDERS, LOANS, GROSS SALARIES, ETC).

18. SEND COPIES TO THE U.S. TRUSTEE OF ANY MONTHLY INTERNAL FINANCIAL REPORTS INCLUDING ANY INTERNAL INCOME STATEMENT AND/OR STATEMENT AND /OR BALANCE SHEET.

*Page 6 of 6*

Page 30 of 32

Guidelines Revised:03/20/2009

UNITED STATES BANKRUPTCY COURT
CENTRAL AND SOUTHERN DISTRICT OF ILLINOIS

Case Name: _TA Brinkoetter & Sons, Inc._  Case Number: _53-09-80727_

Operating Report Summary* for Month of _Nov 2009_

Cash on hand from ending balance of prior month (or petition filing date if first report) ...... $ _224,637.49_

## CASH RECEIPTS
Cash Sales/Receipts ............................. $ _0—_
Collection of pre-petition accounts receivable ........ $ _23,955.70_
Collection of post-petition accounts receivable ....... $ _229,905.99_
Loans to Debtor-in-Possession .................. $ _0—_
Contributions to capital or gifts ................. $ _0—_
Other receipts ................................ $ _0—_
TOTAL RECEIPTS (Do not included beginning bank balance) ....... $ _253,860.69_

## CASH DISBURSEMENTS
Inventory purchases ........................... $ _16,637.43_
Net payments to Owners/Officers ................. $ _17,170.82_
Net payments to Other Employees ................ $ _141,448.89_
Rent & Lease payments ........................ $ _0—_
Mortgage, Note & Adequate Protection Payments .... $ _5249.25_
Insurance .................................... $ _25314.35_
Tax payments - payroll and other ................. $ _0—_
Advertizing & Marketing ....................... $ _0—_
Payment to Attorneys & Other Professionals ........ $ _0—_
UST Quarterly Fees ........................... $ _6458.08_
All other Expenses ............................ $ _88,676.52_
TOTAL DISBURSEMENTS ............................. -$ _301,395.74_

NET CASH FLOW (Total Receipts minus Total Disbursements) ........ $ _(47,535.05)_

Cash on hand at end of month ........................................ $ _177,102.44_

CURRENT ASSETS: Accounts Receivable at end of month ........... $ _2,255,708.57_
Increase or (Decrease) in Accounts Receivable for month ....... $ _(60,140.05)_
Inventory at end of month ............................. $ _0—_
Increase or (Decrease) in Inventory for month ............... $ _0—_

LIABILITIES: Increase or (Decrease) in Post-petition debt ..................... $ _(143,521.73)_
Increase or (Decrease) in Pre-petition debt .................. $ _0—_
Taxes payable: Federal Payroll Taxes ..... $ _605,346—_
State Payroll Taxes ....... $ _117,613—_
State Sales Taxes ........ $ _2571—_
Other (describe) .......... $ _0—_
TOTAL TAXES PAYABLE ......................... $ _725,531—_

* NOTE: Summary for electronic filing with the Bankruptcy Court.
For a complete set of Monthly Reports, please contact the Attorney for the Debtor-in-Possession.