**National City General Checking Account**                                    987692446

071921891

| Check # | Date | Pay To | | Debit |
|---------|------|--------|--|-------|
| | 11/3/2009 | PAI Settlement | monthly service charge | 24.67 |
| 94760 | 11/5/2009 | parkland College | plans refundable | 250.00 |
| 94761 | 11/5/2009 | Pro Form | checks | 174.98 |
| 94763 | 11/5/2009 | Paetec | phone bill | 1,593.39 |
| 94769 | 11/9/2009 | IL Secretary of State | Plumbing license | 75.00 |
| 94770 | 11/9/2009 | Redneck Trailer Supplies | materials for trailer brakes | 163.26 |
| 94773 | 11/9/2009 | Decatur Blue Print | paper for plans | 112.23 |
| 94777 | 11/10/2009 | The Lockformer Company | silver vulcan plan | 1,200.00 |
| 94783 | 11/13/2009 | 218 union dues | union dues | 24,089.49 |
| 94784 | 11/16/2009 | SMW L #218 Fringe Distribution Fund | dues | 2,197.69 |
| 94792 | 11/17/2009 | Morgan Distributing | fuel | 5,813.89 |
| 94793 | 11/17/2009 | City of Decatur | water bill | 80.62 |
| 94795 | 11/17/2009 | National City | ameren cash only pymts | 1,324.40 |
| 94809 | 11/23/2009 | Ameren CILCO | Utilities | 167.27 |
| 94811 | 11/24/2009 | Morgan Distributing | fuel | 1,383.51 |
| 94813 | 11/24/2009 | City of Decatur | water bill | 66.88 |
| 94825 | 11/24/2009 | Local 65 Dmh Only | October dues | 22,718.27 |
| 94826 | 11/24/2009 | AMF | 193 Sept dues | 13.95 |
| 94827 | 11/24/2009 | IL Employees Benefit Board #17 | 193 Sept dues | 0.93 |
| 94828 | 11/24/2009 | Local Union 193 IBEW | 193 Sept dues | 147.27 |
| 94829 | 11/24/2009 | NEBF | 193 Sept dues | 100.77 |
| 94830 | 11/24/2009 | Neca-Ibew Pension Trust Fund | 193 Sept dues | 506.85 |
| 94831 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 193 Sept dues | 488.25 |
| 94832 | 11/24/2009 | Neca- Ibew | 193 Sept dues | 13.44 |
| 94833 | 11/24/2009 | AMF | 193 Oct dues | 10.35 |
| 94834 | 11/24/2009 | IL Employees Benefit Board #17 | 193 Oct dues | 0.69 |
| 94835 | 11/24/2009 | Local Union 193 IBEW | 193 Oct dues | 109.27 |
| 94836 | 11/24/2009 | NEBF | 193 Oct dues | 74.77 |
| 94837 | 11/24/2009 | Neca-Ibew Pension Trust Fund | 193 Oct dues | 376.05 |
| 94838 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 193 Oct dues | 362.25 |
| 94839 | 11/24/2009 | Neca- Ibew | 193 Oct dues | 9.97 |
| 94840 | 11/24/2009 | Administrative Maintenance Fund | 601 Feb dues | 4.05 |
| 94841 | 11/24/2009 | Apprenticeship Fund Jatc | 601 Feb dues | 14.89 |
| 94842 | 11/24/2009 | IBEW Local #601 | 601 Feb dues | 29.79 |
| 94843 | 11/24/2009 | National LMCC | 601 Feb dues | 0.27 |
| 94844 | 11/24/2009 | NEBF | 601 Feb dues | 29.79 |
| 94845 | 11/24/2009 | Neca- Ibew Pension Trust Fund | 601 Feb dues | 130.95 |
| 94846 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 601 Feb dues | 139.05 |
| 94847 | 11/24/2009 | Neca- Ibew | 601 Feb dues | 3.97 |
| 94848 | 11/24/2009 | Administrative Maintenance Fund | 601 Sept dues | 178.95 |
| 94849 | 11/24/2009 | Apprenticeship Fund Jatc | 601 Sept dues | 573.91 |
| 94850 | 11/24/2009 | IBEW Local #601 | 601 Sept dues | 1,147.83 |
| 94851 | 11/24/2009 | National LMCC | 601 Sept dues | 11.93 |
| 94852 | 11/24/2009 | NEBF | 601 Sept dues | 1,147.83 |
| 94853 | 11/24/2009 | Neca- Ibew Pension Trust Fund | 601 Sept dues | 6,024.65 |
| 94854 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 601 Sept dues | 6,143.95 |
| 94855 | 11/24/2009 | Neca- Ibew | 601 Sept dues | 153.04 |
| 94856 | 11/24/2009 | Administrative Maintenance Fund | 601 Oct dues | 103.95 |
| 94857 | 11/24/2009 | Apprenticeship Fund Jatc | 601 Oct dues | 337.08 |
| 94858 | 11/24/2009 | IBEW Local #601 | 601 Oct dues | 674.15 |
| 94859 | 11/24/2009 | National LMCC | 601 Oct dues | 6.93 |
| 94860 | 11/24/2009 | NEBF | 601 Oct dues | 674.15 |
| 94861 | 11/24/2009 | Neca- Ibew Pension Trust Fund | 601 Oct dues | 3,669.15 |
| 94862 | 11/24/2009 | Neca- Ibew Welfare Trust Fund | 601 Oct dues | 3,625.45 |
| 94863 | 11/24/2009 | Neca- Ibew | 601 Oct dues | 89.88 |
| EFT MDI 003 | 11/25/2009 | Morgan Distributing | fuel | 110.37 |

88,676.32



# National City

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

57395

**Statement Period:** Oct. 31, 2009 - Nov. 30, 2009
**Account Number:** 987692446

**Contact Us**

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
  **Customer Service Hours:**
  Mon. - Fri.: 7 a.m. - 10 p.m. ET
  Sat. - Sun.: 8 a.m. - 5 p.m. ET
**Web:** NationalCity.com

TA BRINKOETTER & SONS INC
PO BOX 2337
EAST PEORIA   IL   61611-0337

0

 **Business Checking Elite**

**Account Summary for 987692446**

| Beginning Balance as of Oct. 31, 2009 | | **$55,298.54** |
|---|---|---|
| Deposits | 18 items | + 264,333.86 |
| Miscellaneous Credits | 11 items | + 103,461.60 |
| Checks | 96 items | - 123,655.32 |
| Online Bill Pymts/Electronic Pymts | 10 items | - 174,135.23 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 1 item | - 17.00 |
| **Ending Balance as of Nov. 30, 2009** | | **$125,286.45** |

 **Deposits**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/03 | $11,021.28 | 11/16 | 152.48 |
| 11/03 | 336.12 | 11/17 | 36,031.74 |
| 11/04 | 56,827.96 | 11/17 | 3,593.24 |
| 11/06 | 7,997.49 | 11/19 | 4,423.86 |
| 11/06 | 150.00 | 11/20 | 336.12 |
| 11/09 | 4,113.00 | 11/23 | 73,476.00 |
| 11/10 | 3,872.79 | 11/23 | 37,971.00 |
| 11/10 | 314.30 | 11/23 | 2,040.64 |
| 11/16 | 3,315.62 | 11/24 | 18,360.22 |
| | | **Total: 18 items for $264,333.86** | |

NCCNIA02 IOREOE72 NE7

Statement Period: Oct. 31, 2009 - Nov. 30, 2009
Account Number: 987692446

**OTHER**

## Miscellaneous Credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/02 | A D M CO      Adm Cashie  091030 | $4,099.74 |
| 11/03 | A D M CO      Adm Cashie  091102 | 185.00 |
| 11/04 | Pai      Dep 463565109605   200911 | 132.03 |
| 11/12 | Caterpillar Inc Payments 20091111-D2638Z 091112 | 39,777.84 |
| 11/13 | A D M CO      Adm Cashie  091112 | 5,969.27 |
| 11/13 | Pai      Dep 463565109605   200911 | 94.88 |
| 11/16 | A D M CO      Adm Cashie  091113 | 1,264.17 |
| 11/17 | A D M CO      Adm Cashie  091116 | 48,182.75 |
| 11/23 | Pai      Dep 463565109605   200911 | 347.09 |
| 11/25 | Pai      Dep 463565109605   200911 | 112.96 |
| 11/27 | A D M CO      Adm Cashie  091125 | 3,295.87 |

**Total: 11 items for $103,461.60**



## Checks

| Check Number | Amount | Description | Date Paid |
|--------------|--------|-------------|-----------|
| 94381 | $6,498.08 | Paid Check - Image Available Online | 11/19 |
| 94604* | 63.00 | Paid Check - Image Available Online | 11/09 |
| 94633* | 399.72 | Paid Check - Image Available Online | 11/02 |
| 94636* | 32.10 | Paid Check - Image Available Online | 11/30 |
| 94637 | 2.14 | Paid Check - Image Available Online | 11/30 |
| 94642* | 30.25 | Paid Check - Image Available Online | 11/30 |
| 94647* | 335.38 | Paid Check - Image Available Online | 11/18 |
| 94654* | 351.18 | Paid Check - Image Available Online | 11/18 |
| 94662* | 555.34 | Paid Check - Image Available Online | 11/18 |
| 94680* | 50.02 | Paid Check - Image Available Online | 11/03 |
| 94694* | 1,053.28 | Paid Check - Image Available Online | 11/05 |
| 94700* | 21.12 | Paid Check - Image Available Online | 11/09 |
| 94701 | 8.32 | Paid Check - Image Available Online | 11/09 |
| 94714* | 127.75 | Paid Check - Image Available Online | 11/02 |
| 94721* | 164.51 | Paid Check - Image Available Online | 11/02 |
| 94723* | 1,620.00 | Paid Check - Image Available Online | 11/09 |
| 94730* | 13.44 | Paid Check - Image Available Online | 11/30 |
| 94731 | 13.95 | Paid Check - Image Available Online | 11/30 |
| 94732 | 0.93 | Paid Check - Image Available Online | 11/30 |
| 94737* | 9,146.05 | Paid Check - Image Available Online | 11/02 |
| 94739* | 25.00 | Paid Check - Image Available Online | 11/04 |
| 94740 | 30.64 | Paid Check - Image Available Online | 11/02 |
| 94741 | 16.44 | Paid Check - Image Available Online | 11/03 |
| 94742 | 3,200.97 | Paid Check - Image Available Online | 11/12 |
| 94743 | 21.89 | Paid Check - Image Available Online | 11/04 |
| 94744 | 28,841.42 | Paid Check - Image Available Online | 11/17 |
| 94745 | 189.48 | Paid Check - Image Available Online | 11/02 |

**Continued**

195393


**National City**®
Statement Period: Oct. 31, 2009 - Nov. 30, 2009
Account Number: 987692446
Page 4 of 7

## Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 94746 | 102.70 | Paid Check - Image Available Online | 11/09 |
| 94747 | 105.75 | Paid Check - Image Available Online | 11/09 |
| 94748 | 478.21 | Paid Check - Image Available Online | 11/02 |
| 94750* | 109.03 | Paid Check - Image Available Online | 11/06 |
| 94751 | 400.00 | Paid Check - Image Available Online | 11/05 |
| 94752 | 1,233.04 | Paid Check - Image Available Online | 11/16 |
| 94753 | 247.95 | Paid Check - Image Available Online | 11/12 |
| 94754 | 93.06 | Paid Check - Image Available Online | 11/09 |
| 94755 | 103.06 | Paid Check - Image Available Online | 11/09 |
| 94756 | 210.94 | Paid Check - Image Available Online | 11/09 |
| 94757 | 142.27 | Paid Check - Image Available Online | 11/09 |
| 94758 | 389.40 | Paid Check - Image Available Online | 11/18 |
| 94761* | 174.98 | Paid Check - Image Available Online | 11/09 |
| 94763* | 1,593.39 | Paid Check - Image Available Online | 11/09 |
| 94764 | 18.65 | Paid Check - Image Available Online | 11/13 |
| 94765 | 26.94 | Paid Check - Image Available Online | 11/16 |
| 94766 | 292.13 | Paid Check - Image Available Online | 11/10 |
| 94767 | 117.24 | Paid Check - Image Available Online | 11/20 |
| 94768 | 363.20 | Paid Check - Image Available Online | 11/09 |
| 94769 | 75.00 | Paid Check - Image Available Online | 11/16 |
| 94770 | 163.26 | Paid Check - Image Available Online | 11/10 |
| 94771 | 691.00 | Paid Check - Image Available Online | 11/25 |
| 94772 | 1,243.69 | Paid Check - Image Available Online | 11/13 |
| 94773 | 112.23 | Paid Check - Image Available Online | 11/30 |
| 94774 | 11.03 | Paid Check - Image Available Online | 11/13 |
| 94776* | 57.80 | Paid Check - Image Available Online | 11/12 |
| 94778* | 243.03 | Paid Check - Image Available Online | 11/12 |
| 94779 | 54.36 | Paid Check - Image Available Online | 11/16 |
| 94780 | 813.07 | Paid Check - Image Available Online | 11/16 |
| 94781 | 48.61 | Paid Check - Image Available Online | 11/13 |
| 94782 | 57.00 | Paid Check - Image Available Online | 11/19 |
| 94783 | 24,089.49 | Paid Check - Image Available Online | 11/17 |
| 94784 | 2,197.69 | Paid Check - Image Available Online | 11/19 |
| 94785 | 174.38 | Paid Check - Image Available Online | 11/20 |
| 94786 | 37.15 | Paid Check - Image Available Online | 11/24 |
| 94787 | 13.28 | Paid Check - Image Available Online | 11/20 |
| 94788 | 40.10 | Paid Check - Image Available Online | 11/19 |
| 94789 | 89.04 | Paid Check - Image Available Online | 11/20 |
| 94790 | 212.66 | Paid Check - Image Available Online | 11/19 |
| 94791 | 86.46 | Paid Check - Image Available Online | 11/19 |
| 94792 | 5,813.89 | Paid Check - Image Available Online | 11/18 |
| 94793 | 80.62 | Paid Check - Image Available Online | 11/23 |
| 94794 | 8,563.21 | Paid Check - Image Available Online | 11/23 |
| 94795 | 1,324.40 | Paid Check - Image Available Online | 11/17 |

**Continued**

 # Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 94796 | 381.51 | Paid Check - Image Available Online | 11/23 |
| 94797 | 600.00 | Paid Check - Image Available Online | 11/18 |
| 94798 | 500.00 | Paid Check - Image Available Online | 11/19 |
| 94799 | 609.68 | Paid Check - Image Available Online | 11/27 |
| 94800 | 621.90 | Paid Check - Image Available Online | 11/20 |
| 94801 | 464.39 | Paid Check - Image Available Online | 11/20 |
| 94803* | 57.36 | Paid Check - Image Available Online | 11/25 |
| 94804 | 62.43 | Paid Check - Image Available Online | 11/23 |
| 94806* | 55.20 | Paid Check - Image Available Online | 11/25 |
| 94807 | 95.00 | Paid Check - Image Available Online | 11/24 |
| 94808 | 30.14 | Paid Check - Image Available Online | 11/25 |
| 94809 | 167.27 | Paid Check - Image Available Online | 11/30 |
| 94811* | 1,383.51 | Paid Check - Image Available Online | 11/25 |
| 94812 | 95.25 | Paid Check - Image Available Online | 11/30 |
| 94814* | 3,855.70 | Paid Check - Image Available Online | 11/30 |
| 94815 | 40.00 | Paid Check - Image Available Online | 11/25 |
| 94817* | 957.22 | Paid Check - Image Available Online | 11/25 |
| 94818 | 457.67 | Paid Check - Image Available Online | 11/30 |
| 94819 | 3,741.19 | Paid Check - Image Available Online | 11/30 |
| 94820 | 77.14 | Paid Check - Image Available Online | 11/30 |
| 94821 | 323.00 | Paid Check - Image Available Online | 11/27 |
| 94822 | 16.64 | Paid Check - Image Available Online | 11/25 |
| 94823 | 253.72 | Paid Check - Image Available Online | 11/25 |
| 94865* | 42.61 | Paid Check - Image Available Online | 11/27 |
| 112309* | 3,460.00 | Paid Check - Image Available Online | 11/25 |

**Total: 96 items for $123,655.32**

*Indicates a gap in check sequence.

 # Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 11/03 | Online Transfer To Checking 987692454 | $39,500.00 |
| 11/03 | Pai        Settlement 463565109605   200911 | 24.67 |
| 11/09 | Online Transfer To Checking 987692454 | 5,000.00 |
| 11/10 | Online Transfer To Checking 987692454 | 34,000.00 |
| 11/16 | Online Transfer To Checking 987692454 | 2,000.00 |
| 11/17 | Online Transfer To Checking 987692454 | 41,000.00 |
| 11/23 | Online Transfer To Checking 987692454 | 3,700.00 |
| 11/24 | Online Transfer To Checking 987692454 | 36,000.00 |
| 11/24 | Fcci Insurance  Online Pay 000000148116861 091123 | 12,800.19 |
| 11/25 | Morgan Distrib  EFT  Brintp | 110.37 |

**Total: 10 items for $174,135.23**

195395



Case 09-80727    Doc 329-1    Filed 12/23/09    Entered 12/23/09 09:05:56    Desc Exhibit
Page 6 of 7

**National City**

Statement Period: Oct. 31, 2009 - Nov. 30, 2009
Account Number: 987692446

OTHER
# Other Debits and Transfers

| Date | Description | Amount |
|---|---|---|
| 11/20 | Additional Services Charge | $17.00 |
| | | **Total: 1 item for $17.00** |

# Business Checking Elite Billing Information

This section of your statement reports billing information for the October statement period of Oct. 1, 2009 - Oct. 31, 2009.

**Statement Billing Section for:**
**Business Checking Elite**

## Business Essentials Services Currently Used:

| Service Description | Volume | Unit Price | Total Price | Charged/ Discount/ Waived | Amount |
|---|---|---|---|---|---|
| Wire Transfer Out Verbal Non Repetitive | 1 | $22.00 | $22.00 | Discount of 23% | $17.00 |
| **Wire Transfer Subtotal** | | | **$22.00** | | **$17.00** |
| **October Subtotal for Business Essentials and Additional Services** | | | **$22.00** | | **$17.00** |

| | Required | Actual | Met |
|---|---|---|---|
| (1) Business Checking Elite Average Daily Collected Balance | $50,000.00 | $101,873.94 | Yes |
| (2) Combined Business Checking Elite and Savings Minimum Ledger Balance | $100,000.00 | $26,614.46 | No |
| (Linked Savings Account: None linked; do you have a Business Savings account? Please call us to discuss adding it for fee waiver purposes.) | | | |
| (3) Employee Work Perks Checking Accounts | 20 | 0 | No |
| (Linked Pay Plan Code: None linked; do you have five or more employees? Please call us to discuss adding Work Perks as an employee benefit.) | | | |

| | Total Price | Charged | Amount |
|---|---|---|---|
| Monthly Maintenance Fee when none of the criteria above are met: | $90.00 | No | $0.00 |

| | Allowed | Actual | Excess |
|---|---|---|---|
| Free debits, deposits, deposited items with product: | 1,000 | 324 | 0 |

| | Per Item | Total Price | Charged | Amount |
|---|---|---|---|---|
| Charge for excess debits, deposits, deposited items: | $0.40 | $0.00 | No | $0.00 |

| | Subtotal | | Subtotal |
|---|---|---|---|
| | $90.00 | | $0.00 |

| | Total Price | | Amount |
|---|---|---|---|
| October Total for Checking, Business Essentials/Additional Services: | $112.00 | | $17.00* |

| As a valued customer you had October Product-based and Business Essential SAVINGS of: | $95.00 |
|---|---|

\* This charge is listed in the Other Debits and Transfers section of this October Checking Statement.

## Use the following worksheet to reconcile your checking account.

- Compare your deposit receipts with deposits shown on your statement. Be sure to add to your checkbook or register balance interest or other credits shown on this statement.

- In the space provided on the right, list any deposits made but not shown on your statement.

- Using the listing of your checks and withdrawals from this statement, mark your checkbook or register for each item shown.

- Be sure that any other charges shown on your statement are deducted from your checkbook or register balance.

- In the space provided on the right list all checks and withdrawals not shown on your statement.

- Enter the ending balance from your statement on line 1.

- Enter the total unlisted deposits on line 2.

- Total lines 1 and 2 and enter on line 3.

- Enter the total outstanding checks and withdrawals on line 4.

- Subtract line 4 from line 3 and enter on line 5.

- Enter your checkbook or register balance on line 6. This should agree with line 5.

| Unlisted Deposits | | Outstanding Checks | |
|---|---|---|---|
| Date | Amount | Number | Amount |
| | $         . | | $         . |
| | $         . | | $         . |
| | $         . | | $         . |
| | $         . | | $         . |
| | $         . | | $         . |
| | $         . | | $         . |
| | $         . | | $         . |
| | $         . | | $         . |
| | $         . | | $         . |
| Total (2) | $         . | | $         . |
| | | | $         . |
| | | | $         . |
| | | | $         . |
| | | | $         . |
| | | | $         . |
| | | | $         . |
| | | | $         . |
| | | | $         . |
| | | Total (4) | $         . |

| | Amount |
|---|---|
| 1 | $125,286.45 |
| + 2 | . |
| = 3 | . |
| - 4 | . |
| = 5 | . |
| = 6 | . |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Call the Telephone Banking Center at the number listed on the front of this statement or write us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859.

If you need more information about an electronic transfer or if you think an electronic transfer listed on your statement or receipt is wrong, notify us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for claims made within 30 days after the first deposit to a new account), we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Points from National City** is a registered service mark of The PNC Financial Services Group, Inc.

©2009 The PNC Financial Services Group, Inc. All Rights Reserved.

Bank deposit products provided by PNC Bank, National Association. **Member FDIC.**

## Thank you for banking with National City!