

# National City.

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

57432

**Statement Period:** Oct. 31, 2009 - Nov. 30, 2009
**Account Number:** 987693107

## Contact Us

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
  **Customer Service Hours:**
  Mon. - Fri.: 7 a.m. - 10 p.m. ET
  Sat. - Sun.: 8 a.m. - 5 p.m. ET
**Web:** NationalCity.com

T.A. BRINKOETTER & SONS, INC.
PO BOX 2337
EAST PEORIA   IL   61611-0337

o

 **Business Checking**

## Account Summary for 987693107

| Beginning Balance as of Oct. 31, 2009 | | **$0.00** |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 0 items | + 0.00 |
| Checks/Converted Checks | 0 items | - 0.00 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 1 item | - 20.00 |
| **Ending Balance as of Nov. 30, 2009** | | **-$20.00** |

**OTHER**

## Other Debits and Transfers

| Date | Description | Amount |
|---|---|---|
| 11/20 | Additional Services Charge | $20.00 |
| | **Total: 1 item for $20.00** | |

NCCMLA03-J0B69672-N57

195538

 # Business Checking Billing Information

This section of your statement reports billing information for the October statement period of Oct. 1, 2009 - Oct. 31, 2009.

| | Required | Actual | Met |
|---|---|---|---|
| (1) Business Checking Average Daily Collected Balance | $8,000.00 | $-6.45 | No |
| (2) Combined Business Checking and Savings Minimum Ledger Balance | $20,000.00 | $-20.00 | No |
| (Linked Savings Account: None linked; do you have a Business Savings account? Please call us to discuss adding it for fee waiver purposes.) | | | |
| (3) Employee Work Perks Checking Accounts | 5 | 0 | No |
| (Linked Pay Plan Code: None linked; do you have five or more employees? Please call us to discuss adding Work Perks as an employee benefit.) | | | |

| | | Total Price | Charged | Amount |
|---|---|---|---|---|
| Monthly Maintenance Fee when none of the criteria above are met: | | $20.00 | Yes | $20.00 |
| | | Allowed | Actual | Excess |
| Free debits, deposits, deposited items with product: | | 0 | 0 | 0 |
| | Per Item | Total Price | Charged | Amount |
| Charge for excess debits, deposits, deposited items: | $0.00 | $0.00 | No | $0.00 |
| | | Subtotal | | Subtotal |
| | | $20.00 | | $20.00 |
| | | Total Price | | Amount |
| October Total for Checking, Business Essentials/Additional Services: | | $20.00 | | $20.00* |

| As a valued customer you had October Product-based and Business Essential SAVINGS of: | $0.00 |
|---|---|

**\* This charge is listed in the Other Debits and Transfers section of this October Checking Statement.**



# National City

## Use the following worksheet to reconcile your checking account.

- Compare your deposit receipts with deposits shown on your statement. Be sure to add to your checkbook or register balance interest or other credits shown on this statement.

- In the space provided on the right, list any deposits made but not shown on your statement.

- Using the listing of your checks and withdrawals from this statement, mark your checkbook or register for each item shown.

- Be sure that any other charges shown on your statement are deducted from your checkbook or register balance.

- In the space provided on the right list all checks and withdrawals not shown on your statement.

- Enter the ending balance from your statement on line 1.

- Enter the total unlisted deposits on line 2.

- Total lines 1 and 2 and enter on line 3.

- Enter the total outstanding checks and withdrawals on line 4.

- Subtract line 4 from line 3 and enter on line 5.

- Enter your checkbook or register balance on line 6. This should agree with line 5.

| Unlisted Deposits | | Outstanding Checks | |
|---|---|---|---|
| Date | Amount | Number | Amount |
| | $ . | | $ . |
| | $ . | | $ . |
| | $ . | | $ . |
| | $ . | | $ . |
| | $ . | | $ . |
| | $ . | | $ . |
| | $ . | | $ . |
| | $ . | | $ . |
| | $ . | | $ . |
| Total (2) | $ . | | $ . |
| | | | $ . |
| | | | $ . |
| 1 | -$20.00 | | $ . |
| | | | $ . |
| +2 | . | | $ . |
| | | | $ . |
| =3 | . | | $ . |
| | | | $ . |
| -4 | . | | $ . |
| | | | $ . |
| =5 | . | | $ . |
| | | | $ . |
| =6 | . | Total (4) | $ . |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Call the Telephone Banking Center at the number listed on the front of this statement or write us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859.

If you need more information about an electronic transfer or if you think an electronic transfer listed on your statement or receipt is wrong, notify us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for claims made within 30 days after the first deposit to a new account), we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Points from National City** is a registered service mark of The PNC Financial Services Group, Inc.

©2009 The PNC Financial Services Group, Inc. All Rights Reserved.

Bank deposit products provided by PNC Bank, National Association. **Member FDIC.**

## Thank you for banking with National City!

**This page left intentionally blank.**

195541