# CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

October 31, 2009 through November 30, 2009
Primary Account: 000000805164746

00080012 DRE 111 141 33509 - YNNNN T 1 000000000 66 0000
BRINKOETTER
UNITED FIRE BONDED RECEIVABLE ACCT
PO BOX 2337
EAST PEORIA IL 61611-0337

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessClassic | 000000805164746 | $80,355.60 | $42,369.60 |
| Chase BusinessClassic | 000000805164753 | 78,610.45 | 5,678.51 |
| Total | | $158,966.05 | $48,048.11 |
| TOTAL ASSETS | | $158,966.05 | $48,048.11 |

All Summary Balances shown are as of November 30, 2009 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.





October 31, 2009 through November 30, 2009

Primary Account: **000000805164746**

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.    Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

**CHASE** 

October 31, 2009 through November 30, 2009
Primary Account: **000000805164746**

BRINKOETTER
UNITED FIRE BONDED RECEIVABLE ACCT

Account Number: 000000805164746

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $80,355.60 |
| Deposits and Additions | 1 | 73,476.00 |
| Checks Paid | 2 | - 111,447.00 |
| Other Withdrawals, Fees & Charges | 1 | - 15.00 |
| **Ending Balance** | **4** | **$42,369.60** |

Your monthly service fee was waived because you maintained an average checking balance of $4,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | Fed Wire Credit Via: Illinois National Bank/071109338 B/O: Harold O'Shea Builders Inc Springfield IL 62711 Ref: Chase Nyc/Ctr/Bnf=Brinkoetter East Peoria IL 61611-0337/Ac-000000008051 Rfb=O/B Ill Natl Bk Obi=Phn Adv Joy Fonner 309-672-6147 Bbi=/Tiimad: 1106Qmgft014000189 Trn: 1080209310Ff | $73,476.00 |
| **Total Deposits and Additions** | | **$73,476.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001 ^ |  | 11/24 | $73,476.00 |
| 1002 ^ |  | 11/24 | 37,971.00 |
| **Total Checks Paid** | | | **$111,447.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | Incoming Domestic Wire Fee | $15.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$15.00** |



October 31, 2009 through November 30, 2009

Primary Account: 000000805164746

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/06 | $153,816.60 |
| 11/24 | 42,369.60 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| Transaction Total | 3 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $10.00 |
| Service Fee Credit | -$10.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |



BRINKOETTER  
WIIC BONDED RECEIVABLE ACCT

Account Number: 000000805164753

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $78,610.45 |
| Deposits and Additions | 2 | 23,521.00 |
| Checks Paid | 3 | - 96,452.94 |
| Ending Balance | 5 | $5,678.51 |

Your monthly service fee was waived because you maintained an average checking balance of $4,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/09 | Deposit | 528011396 | $15,646.00 |
| 11/09 | Deposit | 528011395 | 7,875.00 |
| **Total Deposits and Additions** | | | **$23,521.00** |



October 31, 2009 through November 30, 2009

Primary Account: 000000805164746



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2001 ^ | | 11/04 | $56,827.96 |
| 2002 ^ | | 11/17 | 36,031.74 |
| 2003 ^ | | 11/17 | 3,593.24 |
| **Total Checks Paid** | | | **$96,452.94** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/04 | $21,782.49 |
| 11/09 | 45,303.49 |
| 11/17 | 5,678.51 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| **Transaction Total** | **7** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $10.00 |
| Service Fee Credit | -$10.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**CHASE**

October 31, 2009 through November 30, 2009

Primary Account: **000000805164746**

## CHECK FRAUD IS A GROWING PROBLEM

Get FREE protection for your business with Chase Fraud Protection Services -- and fight fraud head-on

Chase Fraud Protection Services give you a bundle of FREE, easy-to-use tools to help you monitor banking transactions and stop fraud in its tracks.

- Control check payments and returns with Reverse Positive Pay
- Keep tabs on your account activity with Security Alerts
- Keep your statement from being intercepted in the mail – go paperless!

Learn more about these and other options at **chase.com/FraudProtection**

Terms, conditions, limitations, and fees for returned items apply as described in the JPMorgan Chase Fraud Protection Services Agreement. Reverse Positive Pay is a data matching tool on Chase Online[SM] for Business to help aid customers in preventing errors and fraud with respect to items presented against customer's checking accounts.