DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER · THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

**T.A. BRINKOETTER & SONS, INC.**
DEBTOR IN POSSESSION - OPERATING ACCOUNT
P.O. BOX 1127  636 EAST WOOD STREET
DECATUR, IL 62525

NATIONAL CITY BANK
70-2189/719

094381

11/16/2009

PAY TO THE ORDER OF   U.S. Trustee Payment Center                    $ **6,498.08

Six Thousand Four Hundred Ninety-Eight and 08/100*************************************************
DOLLARS

U.S. Trustee Payment Center
PO Box 70937
Charlotte, NC 28272-0937

MEMO  3rd Qtr 2009 Bankruptcy Qtrly Fees

AUTHORIZED SIGNATURE

⑈094381⑈ ⑆071921891⑆ 987692446⑈

---

**T.A. BRINKOETTER & SONS, INC.**                                                        094381

U.S. Trustee Payment Center                                     11/16/2009

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 9/30/2009 | Bill | 3rd Quarter Payment | 6,498.08 | 6,498.08 | | 6,498.08 |
| | | | | Check Amount | | 6,498.08 |

National City General   3rd Qtr 2009 Bankruptcy Qtrly Fees                              6,498.08

Office of the U. S. Trustee  
401 Main Street  
Room 1100  
Peoria, IL 61602-1205  

309-671-7854  

Rev. 4/0

Account No.: 531-09-80727  
Process Date: 11/06/09  

\*\*\*\*\*\*\*\*\*\*\*\*\*MIXED AADC 170

T. A. BRINKOETTER & SONS, INC.  
POB 2337  
EAST PEORIA, IL 61611-0337

UNITED STATES  
DEPARTMENT OF JUSTICE  
U.S. TRUSTEE PROGRAM

| See Instructions |
| On Reverse Side |

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 10/05/09 | Balance Forward | 6,498.08 |
| | Estimated Balance Due Based On Disbursement Record | 6,498.08 |

Your Chapter 11 quarterly fees have not been paid in full. Please pay the amount due immediately. If your payment has been remitted, please disregard this statement.

---- fold and tear ------------------------------------------------------------------------------------------- fold and tear --------

DISBURSEMENTS STUB: Enter information, sign, detach, and return this stub in the window envelope.

ADDRESS STUB: Print address correction on reverse side. Place an "X" in the box if a correction is entered.   ☐

Failure to file monthly operating reports may result in a motion filed by the United States Trustee office to compel compliance, or convert or dismiss the case. In the section below, please enter the disbursements for the indicated month/years for which data is missing in the U.S.Trustee file. For post-confirmation cases, consult your local U.S. Trustee office regarding whether monthly or quarterly reports are required; if quarterly, enter data just in the quarter's ending month and write a "Q" after it. Round to the nearest dollar. This is not a substitute for filing the required report.

T. A. BRINKOETTER & SONS, INC.    Account Number: 531-09-80727

Sep 2009    _____,_____,_____

I certify under penalty of perjury that to the best of my knowledge the above disbursement information is true and correct.


CHAPTER 11 QUARTERLY FEE AND DISBURSEMENT INFORMATION INSTRUCTIONS

**FEE CALCULATION:** The fee due is based on disbursements during the days of the quarter that the case is open: it is <u>not prorated</u> when open for less than a full quarter. The minimum fee applies even when there are no disbursements and even if the case was open for as little as one day of the quarter. The fee amount will be estimated if disbursements for all of the months of a quarter that the case is open have not been reported to the U.S. Trustee. The estimated fee is based on, a) reported disbursement history, b) initial financial data submitted when the case was filed, or c) an estimation done by the U.S. Trustee office. If you calculated the fee to be less than the estimated quarterly fee, you must submit the reports supporting your estimation to the U.S. Trustee, and send the revised fee amount to the U.S. Trustee Payment Center as described on the front and back of the below Quarterly Fee Payment Stub.

In accordance with the Consolidated Appropriations Act of 2008 (P.L. 110-161), quarterly fees for quarters beginning January 1, 2008 and thereafter are as follows:

| Quarterly Disbursement Range | Fee Due | Quarterly Disbursement Range | Fee Due |
|---|---|---|---|
| $ 0            $ 14,999.00 | $ 325 | $1,000,000.00 to $ 1,999,999.99 | $ 6,500 |
| $ 15,000.00 to $ 74,999.99 | $ 650 | $2,000,000.00 to $ 2,999,999.99 | $ 9,750 |
| $ 75,000.00 to $ 149,999.99 | $ 975 | $3,000,000.00 to $ 4,999,999.99 | $10,400 |
| $ 150,000.00 to $ 224,999.99 | $ 1,625 | $5,000,000.00 to $14,999,999.99 | $13,000 |
| $ 225,000.00 to $ 299,999.99 | $ 1,950 | $15,000,000.00 to $29,999,999.99 | $20,000 |
| $ 300,000.00 to $ 999,999.99 | $ 4,875 | $30,000,000.00 or more | $30,000 |

Pursuant to 31 U.S.C. §3717, the United States Trustee Program will assess interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due. If payment of the full principal amount due is received within thirty (30) days of the date of the notice of initial interest assessment, the interest assessment will be reversed. Questions about this policy should be addressed to your local United States Trustee office.

**AUTHORITY:** Chapter 11 quarterly fees are determined according to 28 U.S.C. §1930(a)(6) as amended. Consult your attorney if you are in doubt as to whether the quarterly fees apply to your bankruptcy case.

**PENALTIES:** Failure to pay the quarterly fees is cause for conversion or dismissal of your case under 11 U.S.C. §1112(b)(10). Filing a false report may subject you to civil liability under 31 U.S.C. §3729(a)(7) and to criminal penalties under 18 U.S.C. §1001, and §1621.

**WHO MUST PAY:** Every case pending under Chapter 11 of the Bankruptcy Code is subject to 28 U.S.C. §1930(a)(6) and must pay the quarterly fee. If a trustee has been appointed to serve in the case, give this form to the trustee to complete and submit. If the case is jointly administered with another case or has been consolidated with another case for administrative purposes only, submit a separate quarterly fee payment stub for each case. If the court has ordered the case to be substantively consolidated (consolidated for all purposes), then only one fee is payable per quarter based on the disbursement total of all of the entities. However, if substantive consolidation occurs during a quarter, the individual cases remain subject to the fee for that part of the quarter prior to the consolidation. <u>Dismissal of a case by the court does not relieve you of the responsibility to pay unpaid fees for previous quarters and the quarter that includes the dismissal.</u>

**WHEN TO PAY:** The fee is due on the last day of the calendar month following the calendar quarter for which the fee is owed, starting with the quarter in which the case is commenced, and continuing until and including the quarter in which the case is dismissed, converted to another chapter, or closed by the court. The effective date is the date these orders are docketed by the court or as otherwise contained in the court order. For cases seeking plan confirmation, all quarterly fees must be paid in full on or before the court hearing or effective date of the plan.

**CONVERSION OF CHECKS FOR ELECTRONIC FUND TRANSFER:** <u>Personal checks</u> may be converted into an electronic fund transfer (EFT). This means a copy of such a check will be made and the account information on it will be used to electronically debit the maker's bank account for the amount of the check. The debit will usually occur within 24 hours, and will be shown on the maker's regular bank account statement. The original check will not be returned: it will be destroyed, but an electronic copy of it will be kept. <u>If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of the original check.</u> If the EFT cannot be completed because of insufficient funds, an attempt to transfer the funds may be made for a total of two times.

----*fold and tear*------------------------------------------------------------------------------------------*fold and tear*------

*ADDRESS STUB*

*Detach and return this stub, making sure that the addresses are clearly visible in the envelope windows.*

T. A. BRINKOETTER & SONS, INC.
POB 2337
EAST PEORIA, IL 61611-0337

Print Address Corrections Here:

Office of the U. S. Trustee
401 Main Street
Room 1100
Peoria, IL 61602-1205

| Account Number. | Amount Enclosed | Make check payable to U.S. Trustee. |
|---|---|---|
| 5310980727 | $ 6,498.08 | Write your Account Number on your check. Anything other than your check and payment form sent to the below address will be destroyed (such material should be sent to your local U.S. Trustee office) |

T. A. BRINKOETTER & SONS, INC.
POB 2337
EAST PEORIA, IL 61611-0337

U.S. Trustee Payment Center
P.O. Box 70937
Charlotte, NC 28272-0937

0007305